# United States District Court
## Southern District of Alabama

Rev Preston L. Scarbrough
House of Prayer Tabernacle B.C
<u>Plaintiff Petitioner</u>

City of Prichard
<u>Defendant Respondent</u>

Action No: 21-cv-262-TFM-MU

FILED JUN 1 '21 PM 3:02 USDCALS

28 USCA. 1915
28 USCA 1916   <u>Information</u>   18 USCA 3059
3006A

Now Comes, Rev. Preston L. Scarbrough, Plaintiff Pro Se with The County of Mobile And State of Alabama and upon his official Art. 6 Seaman's Oath charges the defendants, et al., City of Prichard acting in concert with the Courts. 42:USCA 1983; Art1 Section 162 State Cons A.D.A; Malicious Prosecution; Article III; Article I; Title 22 USC 254a; 18 USC 111-115; 14th & 5th Amendment of U.S. Constitution.

<u>Count I</u>: In violation of section 1501 et seq., U.S.C.A. 18, committed the the crime of obstruction of Justice, in tampering with evidence with the specific intent of distorting the Results of a criminal investigation and proceeding which may Reasonably prove Relevant to a criminal investigation and proceeding

<u>Count II</u>: In violations of section 1621 U.S.C.A. 18, committed The crime of perjury, in intentionally making a false written statement, for use in Judicial proceeding.

<u>Count III</u>: In violation of section 286 U.S.C.A. 18, committed the crime of conspiracy to defraud the Government with Respect to claims. (18 U.S.C.A. 111; 112 et seq., in violation of Due process)

Date: 6-1-2021

Respectfully Submitted,
Rev. Preston L. Scarbrough
329 W. Main St.
Prichard, Ala. 36610
(251) 457-4966

City of Prichard Municipal Court
The Municipality of Prichard
Plaintiffs,

VS.                                    CASE NO: EC 190000623 Et Al

Rev. Preston L. Scarbrough /
~~House of Prayer Tabernacle B. C.~~
Defendant

---

NOTICE OF APPEAL          42 U.S.C.A. 1983

---

Notice is here given that Rev. Preston L. Scarbrough U. S. Defendant above named, hereby appeals to the Circuit Court And U.S. District Court for final judgment or order of the judge of the Prichard Municipal Court for due process of law, certification to the United States Attorney General under Exclusiveness of Remedy 28 U.S.C.A. 2679, Preemption, on the grounds of Fraud, Mistake, Newly discovered evidence filed in the court record, deceit, concerted action and statutory obligation, Article 1, 2, 3, 4, 5, 6, 7, of the United States Constitution, the 4th, 5th, 6th, 7th, 9th, 11th, and 14th Amendments to the United States Constitution, entered this action on 6th day of May 2021.

(ORIGINAL JURISDICTION UNDER Article 3 of the Constitution of the United States 28 U.S.C.A. 1251 and the Eleventh Amendment) and the American with Disabilities Act

Respectfully Submitted By:

Rev. Preston L. Scarbrough   OCM
Rev. Preston L. Scarbrough   22 USC
329 West Main Street
Prichard, Alabama 36610
Art. 2 U. S. Const. Z          5611 "E"(FH)

Steward's Dept. Fed.
House "E"
U.S. Coast Guard
OCMI

5/6/21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PRESTON SCARBROUGH,

    Plaintiff,

vs.

KENNETH S. APFEL,
Acting Commissioner of
Social Security,

    Defendant.

'99 OCT 22 P 3: 33

FILED
CLERK'S OFFICE

CIVIL ACTION 99-0457-RV-M

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Plaintiff Preston Scarbrough and against Kenneth S. Apfel on all claims.

DONE this 22 day of Oct, 1999.

UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE
22nd DAY OF Oct,
1999, JUDGEMENT ENTRY
NO. 8189
DEBORAH S. HUNT, CLERK
BY Jinn Wood
DEPUTY CLERK

**JUDGMENT ENTERED ON DOCKET**

Date 10/25/99 tw
Deborah S. Hunt, Clerk

5/6/21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE

OCT 22 1999

DEBORAH S. HUNT
CLERK

PRESTON SCARBROUGH,

    Plaintiff,

vs.

KENNETH S. APFEL,
Acting Commissioner of
Social Security,

    Defendant.

CIVIL ACTION 99-0457-RV-M

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Social Security Administration be REVERSED and that this action be REMANDED for further actions not inconsistent with the Orders of the Court.

DONE this 22 day of Oct, 1999.

_[signature]_
UNITED STATES DISTRICT JUDGE

Page 438

section 9a of
~able.
.. was com-
~ions (a) and

any affidavit
~ of this title,
~er cases," in
re omitted as
~le 18, U.S.C.,
. 1621).
S.C., 1940 ed.,
able for costs
this title.
~. U.S.C., 1940
furnished on
section (b) of
ses. Obviously
~me to a poor
only and to
~fe and liberty

~. U.S.C., 1940
the Attorney
~rector of the
~s Courts who

~ of subsection
~nd supplies, in
~tent omission
~unds expend-
~essfully suing

~d "Upon

Page 439     TITLE 28—JUDICIARY AN~

Judge pursuant to section 321 of Pub. L. 101-650, set out as a note under section 631 of this title.

FEDERAL RULES OF CIVIL PROCEDURE

Default judgment, see rule 55, Appendix to this title.

CROSS REFERENCES

Fair housing, enforcement by private persons in Federal or State courts without payment of fees, costs, or security, see section 3613 of Title 42, The Public Health and Welfare.

Reporters for United States District Court, see section 753 of this title.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 1930, 2503 of this title; title 10 section 807a; title 18 section 3006A.

§ 1916. Seamen's suits

In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor.

(June 25, 1948, ch. 646, 62 Stat. 955.)

HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 837 (June 12, 1917, ch. 27, § 1, 40 Stat. 157; July 1, 1918, ch. 113, § 1, 40 Stat. 683).

Changes in phraseology were made.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in section 1021 of this title.

art 1 sec 6
U.S. Const.



RECEIVED JAN 1 2 1998 ADMINISTRATIVE LAW JUDGE OHA, MOBILE, AL.

Rev. Preston L. Scarbrough

~~~~-~~~-6611 "E" (FH)

r the Director of
~cy.
~, § 1008(a), Oct.
d Pub. L. 99-646,
Stat. 3599, 3613;
7(f)[b], Nov. 18,
~. 101-647, title
104 Stat. 4922;
§§ 330016(2)(C),
~tat. 2148, 2150.)

~-322, § 330021(1),
dumping" in two

330016(2)(C), sub-
"fine of not more

ed

~6611



~-6611

SECTIONS
~s 21, 2516, 4243

oaths and

officers.

title 11 and

5/6/21

| State of Alabama<br>Unified Judicial System<br>Form C-10B  Rev.2/95 | **ORDER APPOINTING<br>COUNSEL (INDIGENT)** | Case Number |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
           (Circuit, District, or Municipal)                    (Name of County or Municipality)

STYLE OF CASE: _____ v. _____
                         Plaintiff(s)                        Defendant

☐ STATE OF ALABAMA

☐ Municipality of _____ v. _____
                                                              Defendant
                                                                                    , a child
☐ IN THE MATTER OF _____

---

**IT IS, THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:**

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily towards his defense; therefore, defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. This amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows:

_____
_____

☐ Affiant is indigent and request is GRANTED.

☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____,
is hereby appointed as counsel to represent affiant.        (Name of Attorney)

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this_____ day of _____, _____

_____
                                                                          Judge

# COMPLAINT AGAINST A LAWYER

Return your completed form to:

Alabama State Bar
Disciplinary Commission
P. O. Box 671
Montgomery, AL 36101-0671

**RECEIVED**
AUG 06 2013
ALABAMA STATE BAR
OFFICE OF GENERAL COUNSEL

### NAME AND ADDRESS OF COMPLAINANT

SCARBROUGH, REV. PRESTON L.
Last Name, First Name

329 WEST MAIN STREET
Address

PRICHARD, ALABAMA 36610
City, State, ZIP Code

(251) 457-4966
Telephone Number(s)

(251) 581-1580 Cell
Alternate contact, address, or phone number

### NAME AND ADDRESS OF ATTORNEY AGAINST WHOM YOUR COMPLAINT IS MADE

SHOOTS, VANESSA ARNOLD
Last Name, First Name

605 ST. FRANCIS ST.
Address

MOBILE, ALABAMA 366
City, State, ZIP Code

(251) 432-8343
Telephone Number(s)

On what date did the alleged ethics violation occur? **6-25-13 CONTINUING OFFENSES**

What was your fee arrangement with the attorney? **NONE (Section 162 Const.**

## COMPLAINT INSTRUCTIONS:

1. If you have a complaint against more than one attorney, use a SEPARATE complaint form for each attorney, with the details and relevant exhibits attached to each separate complaint. If you are filing more than one complaint, do not combine your complaint details or your exhibits into one document, or make a specific comment about a complaint filed against another attorney, or it will be returned to you. We will not accept complaints against law firms.
2. Send your complaint with an original notarized signature. We will not accept a copy of your signature.
3. State specifically, on each individual complaint, what the attorney did or failed to do which you believe constitutes unethical conduct, and when it occurred.
4. Attach COPIES of any receipts, contracts, or other documents which are important to the complaint, to the back of each individual complaint. Keep your own original documents.
5. Please, do not bind your complaint. Type or write your complaint legibly in ink so it can be copied.
6. You may add more pages to this form if necessary.
7. If you believe that drugs, alcohol or mental disability affected the lawyer's representation, please state what facts support your belief.
8. This matter is confidential at this stage of the proceedings, until the Disciplinary Commission or Board has acted.
9. The Alabama Bar Association does not represent you in this matter but acts to investigate complaints on behalf of the Supreme Court of Alabama.

If there is a court case related to your complaint, please provide the case name and file number, and the lawyer representing you? NO NOTICE SENT OUT    Title 6 Bonded

CASE NO: 22645           28 U.S.C.A. 1916 ...can proceed on his on behalf

Act of God Tornado      **DETAILS OF YOUR COMPLAINT**

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Please be advised we <u>cannot return documents</u> submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

On June 25, 2013, at the Prichard Municipal Court, MS. VANESSA

SHOOTS at 216 East Prichard Avenue (251) 452-7800, commiting the

crimes section 162 of the State of Alabama Constitution 1901,

Judges of courts of record not to practice law.

Double dipping statute, 18 U.S.C.A. 111 et seq., Article Six

of the United States Constitution, VIANNA CONVENTION (Diplomatic

Agent)                                    EMOLUMENT


ARTICLE THREE CASE

The attorney you are filing the complaint against will receive a copy of your complaint, and may be asked to respond to your allegations.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge and that I will voluntarily appear and testify to the facts in the complaint if called upon by the Alabama State Bar.

EIN: 72-1149072
ALA. INCORP 9809355?

Name (signature): Rev. Preston L. Sparksoyl   OCMI  22 USC 254a

Date: 8-1-2013

Sworn to and subscribed before me this 1st day of August, 2013

[SEAL]                         NOTARY PUBLIC

MY COMMISSION EXPIRES: 04-03-2017

one or 15 pages

STATE OF ALABAMA        Z OR BK 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 "E" (FH)
COUNTY OF MOBILE

## AFFIDAVIT

I, REV. PRESTON L. SCARBROUGH, BEING DULY SWORN ON MY UNITED STATES SEAMAN'S AND UNITED STATES OFFICER'S OATH DEPOSES AND STATES AS FOLLOWS:

1. That, the document was issued on May 18, 1982, by Direction of OCMI, United States Coast Guard in compliance with Article 1, section 8, clause 16 and 18;

2. That, the act was done under Article 2, section 2, cl, 2 of the United States Constitution; (Title 22 U.S.C. 254a)

3. That, the document has been verified by William D. Adkins, LTJG, USCG, Investigating Officer, Marine Safety office Mobile, Alabama, and Jerry A. Hubbard, Investigations officer, 150 N. Royal Street, by the National Maritime Center and is accurate. (14 U.S.C.A. 89)

4. That, the document has been filed and probated in the Mobile Probate Court. (5 U.S.C. 8101; 46 U.S.C.A. 688 et seq.)

5. and, That, the courts have statutes, standing order, title 44 U.S.C., executive order under seamen's suits 28 U.S.C.A. 1916, and 18 U.S.C.A. 3006A; CV 99-0457 RV M: which has been granted under the 5th and 14th amendments, section 4 and 5 of the U. S. Constitution. (Article 1, 2, 3, 4, 5, 6, 7)

_Rev. Preston L. Scarbrough_
REV. PRESTON L. SCARBROUGH

Sworn to and subscribed before me this 30th
_January_, 2004.
NOTARY

MY COMMISSION EXPIRES
AUGUST 28, 2007.

| State of Alabama Unified Judicial System<br>Form C-10 A<br>Page 1 of 2    Rev. 5/01 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP** | Case Number<br>CE 19-333 |
|---|---|---|

IN THE **Municipal** COURT OF **Prichard** ALABAMA
(Circuit, District, or Municipal) (Name of County of Municipality)

STYLE OF CASE: **City of Prichard** v. **House of Prayer Tabernacle B.C.**
Plaintiff(s) Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ **CIVIL CASE** - I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** - (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

☐ **CRIMINAL CASE** - I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

## AFFIDAVIT

**SECTION 1.**
**1. IDENTIFICATION**

Full Name _____ Date of Birth _____
Spouse's Full Name (If married) _____
Complete Home Address _____

Number of People Living in Household _____
Home Telephone No. _____
Occupation/Job _____ Length of Employment _____
Driver's License Number _____ *Social Security Number _____
Employer _____ Employer's Telephone No. _____
Employer's Address _____

**2. ASSISTANCE BENEFITS**
Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other **Donation, Non Profit**

**EIN: 72-1149072**
**ALA. INCORP. 98093551**

**3. INCOME/EXPENSE STATEMENT**
Monthly Gross Income:
  Monthly Gross Income $_____
  Spouse's Monthly Gross Income (unless a marital offense) _____
  Other Earnings: Commissions, Bonuses, Interest Income, etc. _____
  Contributions from Other People Living in Household _____
  Unemployment/Workmen's Compensation, Social Security, Retirement, etc. _____
  Other Income (be specific) _____ $ **0**
  **TOTAL MONTHLY GROSS INCOME**

Monthly Expense:
  A.  Living Expenses $_____
      Rent/Mortgage _____
      Total Utilities: Gas, Electricity, Water, etc. _____
      Food _____
      Clothing _____
      Health Care/Medicare _____
      Insurance _____
      Car Payments(s)/Transportation Expense _____
      Loan Payment(s) _____

RECEIVED 10/21/19

MUN CT #274-JULY09-003965

18 U.S.C.A

| Form C-10 A | AFFIDAVIT of SUBSTANTIAL HARDSHIP | Case Number |
|---|---|---|
| Page 1 of 2  Rev. 5/01 | | |

Charitable Use

**Monthly Expenses:** (cont'd from page 1)
 Credit Card Payments(s) _____
 Educational/Employment Expenses _____
 Other Expenses (be specific) _____
 _____
  Sub-Total           A. $ _____
 B. Child Support Payment(s) Alimony   $ _____
  Sub-Total           B. $ _____
 C. Exceptional Expenses    $ _____

  TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) $ _____

Total Gross Monthly Income less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**           $ 0

**4. LIQUID ASSETS:** (1st Amend.) Religious Use Not to
 Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposits) injure  $ _____
 Equity in Real Estate (value of property less what you owe)  18 U.S.C. 245,
 Equity in Personal Property etc. (such as the value of motor vehicles, stereo, 247         0
 VCR, furnishings, jewelry, tools, guns less what you owe)
 Other (be specific) Do you own anything else of value? ☐ Yes  ☐ No
 (land, house boat, TV, stereo, jewelry)
 If so, describe _____
 _____        $ 0
**TOTAL LIQUID ASSETS**

**5. AFFIDAVIT/REQUEST**

I swear of affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court of its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

21st day of October, 20 19

Shannon Broughton-Chastang  exp. 9/13/23
Judge/Clerk/Notary

Rev. Preston L. Scarbrough   Title 22
  Affiant's Signature
Rev. Preston L. Scarbrough   U.S.C. 254a
  Print of Type Name

EIN: 72-1149072
ALA. INCORP. 98093551

[Notary Seal: SHANNON BROUGHTON-CHASTANG NOTARY PUBLIC ALABAMA STATE AT LARGE]

Wards of Admiralty
28 U.S.C. 1916  18 U.S.C.A 3006A    18 USC 111 et seq
Sure Bonds
American with Disabilities
U.S. Attorney General        Art 3 U.S. Const
                 Art 6
MUN CT #274-JULY09-003985

Americans with Disabilities Form

| | For Court Use Only |
|---|---|
| APPLICANT (name): Rev. Preston L. Scarbrough <br> APPLICANT IS: ___ Witness ___ Juror ___ Attorney <br> X Party ___ Other <br><br> Person submitting request (name): Rev. Preston L. Scarbrough <br> Applicant's Address: 329 West Main Street <br> Telephone No.: (251) 457-4966 <br> NAME OF COURT: Prichard Municipal Court <br> Street Address: 216 Prichard Ave. <br> Mailing Address: P.O. Box 10427 <br> City and Zip Code: Prichard, Ala. 36610 <br> Branch Name: <br> NAME OF JUDGE: <br> CASE NAME: CE 19-333 | |
| REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES and ORDER | Case Number: (If Applicable) <br> CE 19-333 |

1. Type of proceeding: ___ Criminal ___ Civil
2. Proceedings to be covered (e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing):
3. Dates accommodations needed (specify): 10-22-19
4. Impairment necessitating accommodations (specify): Wards of Admiralty 28 USC 1916  18 USC 3006A 18 USR 111 et seq
5. Type of accommodations (be specific): U.S. Attorney General

judge pursuant to section 321 of Pub. L. 101-650, set out as a note under section 631 of this title.

FEDERAL RULES OF CIVIL PROCEDURE

Default judgment, see rule 55, Appendix to this title.

CROSS REFERENCES

Fair housing, enforcement by private persons in Federal or State courts without payment of fees, costs, or security, see section 3613 of Title 42, The Public Health and Welfare.

Reporters for United States District Court, see section 753 of this title.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 1930, 2503 of this title; title 10 section 867a; title 18 section 3006A.

§ 1916. Seamen's suits

In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor.

(June 25, 1948, ch. 646, 62 Stat. 955.)

HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 837 (June 12, 1917, ch. 27, § 1, 40 Stat. 157; July 1, 1918, ch. 113, § 1, 40 Stat. 683).

Changes in phraseology were made.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in section 1021 of this title.

28 U.S.C.A 1915

| State of Alabama Unified Judicial System | ORDER APPOINTING COUNSEL (INDIGENT) | Case Number |
|---|---|---|
| Form C-10B   Rev.2/95 | | |

IN THE _____ COURT OF _____, ALABAMA
        (Circuit, District, or Municipal)              (Name of County or Municipality)

STYLE OF CASE: _____ v. _____
                    Plaintiff(s)                              Defendant

☐ STATE OF ALABAMA
                                            v. _____
☐ Municipality of _____                Defendant
                                                                        , a child
☐ IN THE MATTER OF _____

IT IS, THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily towards his defense; therefore, defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. This amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows:

_____

_____

☐ Affiant is indigent and request is GRANTED.

☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ (Name of Attorney) is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, _____

_____
Judge

Wards of admiralty
28 U.S.C.A. 1916   18 U.S.C.A 3006A
Surety Bonds
American with Disabilities
U.S. Attorney General   art 3 U.S. Const.,
                        art 6