IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REV. PRESTON L. SCARBROUGH, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIV. ACT. 1:21-cv-262-TFM-MU ) |
| CITY OF PRICHARD, | ) ) |
| Defendant. | ) ) |

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the claims in this action are **DISMISSED without prejudice** prior to the service of process.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 12th day of October, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE